COURT OF APPEALS OF VIRGINIA

Present: Judges Kelsey, Beales and Senior Judge Clements

PRO ALIGNMENT & AUTO REPAIR AND
  ACCIDENT FUND INSURANCE COMPANY
                                                          MEMORANDUM OPINION[*]
v.      Record No. 2144-13-1                                     PER CURIAM
                                                               MARCH 18, 2014
WILLIAM WASH


                FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Amanda S. Tapscott; McCandlish Holton, PC, on brief), for
                appellants.

                (Richard B. Donaldson, Jr.; Berkley D. Foltz; Jones, Blechman,
                Woltz & Kelly, P.C., on brief), for appellee.


        Pro Alignment & Auto Repair and Accident Fund Insurance Company (employer) appeal

the decision of the Workers' Compensation Commission (commission) awarding William Wash

(claimant) medical benefits for a right shoulder injury. Employer argues the commission erred in

(1) finding that claimant sustained a compensable injury to his right shoulder as a result of a July

6, 2011 work accident and awarding medical benefits for as long as necessary; (2) finding that

the opinions of Drs. Adrian Baddar and Joseph Kim were not sufficiently persuasive to

overcome the opinion of Dr. Michael Sean Hooker; (3) finding that claimant's additional claim

of the right shoulder injury was not barred by res judicata; (4) finding that claimant was totally

disabled as a result of the right shoulder injury; and (5) awarding temporary total disability

benefits from September 13, 2012 to the present and continuing. We have reviewed the record

and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

for the reasons stated by the commission in its final opinion.  See Wash v. Pro Alignment &
Auto Repair, JCN VA00000479808 (Oct. 10, 2013).  We dispense with oral argument and
summarily affirm because the facts and legal contentions are adequately presented in the
materials before the Court and argument would not aid the decisional process.  See Code
§ 17.1-403; Rule 5A:27.

Affirmed.